IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL W. PASSMORE                                               PLAINTIFF

v.                            CASE NO. 4:17-CV-00648 BSM

SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

## ORDER

The recommended disposition [Doc. No. 14] filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the record, the proposed findings and recommended disposition are hereby adopted in their entirety. Accordingly, the Commissioner's decision is affirmed, and plaintiff Michael Passmore's complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 5th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE